

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00558-CV

Edna A. **MARTINEZ**,
Appellant

v.

**STATE OFFICE OF RISK MANAGEMENT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-17102
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

    Appellant's fourth motion for extension of time is GRANTED. Appellant's brief is due February 9, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court